(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: _____

David Engwiller

05-60960



(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Broward County Sheriff's Office
Armor Correctional Services

(Enter above the full name of the defendant or defendants in this action.)

### A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

cat / div Broward ("1983")
Case # 0:05CV60960
Judge marra   Mag PAW
Motn Ifp yes   Fee pd $ no
Receipt # 

Page 1 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ( )    No (X)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit
           Plaintiffs: *David Engwiller*

           Defendants: *Broward County Sheriff's Office*

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Case Number: _____
        4. Name of Judge to whom case was assigned: _____

        5. Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):

        6. Approximate date of filing lawsuit: _____
        7. Approximate date of disposition: _____

Page 2 of 5

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II. Place of present confinement: Broward County Jail

A. Is there a prisoner grievance procedure in this institution?
    Yes (X)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes (X)   No ( )

C. If your answer is YES:
   1. What steps did you take? Grievance Procedure
   2. What was the result? DENIED

D. If your answer is NO, explain why not: _____

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: David Engwiller 500506725
   Address: P.O. Box 407037
   Fort Lauderdale Fla 33340

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Broward Sheriff's Office and
   is employed as Detention Facility and Medical Contractor
   at Broward County Jail

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

C. Additional Defendants: Armor Correctional Services

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

In July 2003 I was an inmate at the Broward County Jail. I was on psych medication for mental health problems. In July 2003, I was given the wrong medication by the Medical staff and I had a bad allergic reaction. I was then given a shot of the wrong medication as even my tongue swelled up. I collapsed on the floor as now I have severe permanent nerve damage in my face including several chipped teeth from when I collapsed on the floor. I requested the proper medical treatment several times but I was never treated properly.

(Rev. 11/2002) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V.  Relief

State briefly exactly what you want the court to do so for you. Make no legal arguments. Cite no cases or statutes.

*The plaintiff is seeking damages in the amount $250,000.00*

Signed this _13th_ day of _June_, 20_05_.

*David Enguller  500506725*
*PO Box 467037*
*Ft Lauderdale Fla 33340*
*N B B*

(Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct. Executed on _6-13-05_

*David Enguller*
(Signature of plaintiff)

# 05-60960

## CIV-MARRA

MAGISTRATE JUDGE
WHITE

Daura Knowitter
500506 725
Po Box 407037
Ft Lauderdale Fla 33340
NBB